IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **STEPHANIE L. WALKER**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15 C 11522 |
| **MERCER HR SERVICES, LLC**, a Delaware corporation, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Counsel for plaintiff Stephanie Walker ("Walker") has just delivered to this Court's chambers a document captioned "Plaintiff's Answer to Affirmative Defenses." Because no such pleading is allowed under Fed. R. Civ. P. ("Rule") 7(a)) unless ordered by this Court (see Rule 7(a)(7)), this Court's usual response to any such effort is to strike it sua sponte. But in this instance the filing has disclosed that defendant Mercer HR Services, LLC ("Mercer") must have filed its Answer (including the challenged affirmative defenses ("ADs")) without complying with this District Court's LR 5.2(f) that mandates delivery of a hard copy to the judge assigned to the case unless the judge has opted to forgo such delivery (as this Court has not). Hence a different course of action is appropriate.

Accordingly:

1. Mercer's counsel is ordered to deliver a copy of its responsive pleading to this Court's chambers forthwith, accompanied by a check for $100 payable to the Clerk of Court as a fine for the LR violation (that requirement

conforms to this Court's consistent policy after the expiration of a number of working days without a party's having complied with LR 5.2(f)).

2. Given the nature of a number of the matters raised in Walker's pleading, which in several respects echo this Court's sua sponte rejection of inappropriate ADs (see App'x ¶ 5 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 279 (N.D. Ill. 2001)), this Court will then review Mercer's ADs with an eye to taking appropriate action.

                                                                                _____
                                                                                Milton I. Shadur
                                                                                Senior United States District Judge

Date: January 14, 2016